**PARKDALE INTERNATIONAL LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**United States Steel Corporation, Defendant–Appellee,**

and

**Nucor Corporation, Defendant.**

No. 2009–1062.

United States Court of Appeals, Federal Circuit.

June 30, 2009.

Timothy C. Brightbill, Wiley Rein, LLP, Washington, DC, for Defendant.

William Silverman, Richard P. Ferrin, Hunton & Williams, LLP, Washington, DC, for Plaintiff–Appellant.

Stephen C. Tosini, Department of Justice, Jeffrey D. Gerrish, John J. Mangan,

Robert E. Lighthizer, James C. Hecht, Ellen J. Schneider, Mara Allison Guagliardo, Skadden, Arps, Slate, Meagher, Washington, DC, for Defendant–Appellee.

## ON MOTION

### *ORDER*

Counsel of record for the firm Hunton & Williams LLP representing plaintiff-appellant Parkdale International Ltd. ("Parkdale") move to withdraw as their client has instructed them to "cease and terminate all further work on behalf of Parkdale." Scarfone Hawkins LLP, a Canadian firm, representing Parkdale and its secured creditors, has advised the court that Parkdale is abandoning its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw counsel for Hunton & Williams is granted.

(2) The appeal is dismissed. Each party will bear its own costs.